UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re: DMCA Subpoena to Cloudflare, Inc.

Case No.: 2:25-mc-00077

**REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**

Revision Village Limited ("Requester") hereby respectfully requests that the Clerk of this Court issue a subpoena to Cloudflare, Inc. requiring it to identify the person(s) that infringed Requesters' copyrighted works, pursuant to 17 U.S.C. § 512(h).

As part of this request, Requester herewith files the following documents, in compliance with 17 U.S.C. § 512(h)(2):

1. a copy of the notification described in 17 U.S.C. § 512(c)(3)(A), attached as Exhibit A to the Declaration of Shawn Chua Yong Jin;

2. the proposed subpoena, requiring that Cloudflare, Inc. disclose to Requester information sufficient to identify the person(s) that infringed the material described in the above-referenced notification; and

3. Shawn Chua Yong Jin's sworn declaration that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer, or infringers, and that such

REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA
PURSUANT TO 17 U.S.C. § 512(h) - 1

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

information will only be used for the purpose of protecting rights under Title 17 of the United States Code.

Having complied with the statutory requirements, Requester respectfully asks that the Clerk expeditiously issue the proposed subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned for service upon Cloudflare, Inc.

DATED this 18th day of November, 2025.

By: */s/ Joshua D. Harms*
Joshua D. Harms (WSBA #55679)
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101-2393
Telephone: (206) 626-6000
E-mail: Joshua.Harms@stokeslaw.com
*Attorney for Revision Village Limited*

REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) - 2

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000