| | |
|---|---|
| **From:** | Laura Smith |
| **To:** | WAWDdb_NewCasesSea |
| **Cc:** | Josh Harms |
| **Subject:** | New Miscellaneous Case Filing |
| **Date:** | Tuesday, November 18, 2025 12:45:23 PM |
| **Attachments:** | 20251118 Declaration of Shawn Chua.pdf |
| | 20251118 Proposed Subpoena.pdf |
| | 20251118 Request for Issuance of Subpoena.pdf |

**CAUTION - EXTERNAL:**

Good Afternoon:

Attached please find three documents for filing in a new miscellaneous matter. The documents to be filed are as follows:

- Request to the Clerk for Issuance of Subpoena Pursuant to 17 U.S.C. § 512(h)
- Proposed Subpoena
- Declaration of Shawn Chua

Please let me know if you have any questions. I appreciate your assistance with this filing. Thank you.

Regards,

**Laura Smith**
Practice Assistant

**Stokes Lawrence, P.S.**

1420 Fifth Avenue, Suite 3000  |  Seattle, WA 98101-2393

Direct: 206.892.2165  |  Office: 206.626.6000

Laura.Smith@stokeslaw.com   |  stokeslaw.com

*This message may be confidential and legally privileged. If you received this message in error, please inform the sender and then delete it.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.